IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS )<br>LIABILITY LITIGATION )<br>(NO. VI) )<br>_____)<br> )<br>This Document Relates To: )<br>_____) | MDL 875 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| HENRY R. PORTER and )<br>NANCY PORTER, wife, )<br> )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>AQUA-CHEM, INC., et al., )<br> )<br>    Defendants. )<br>_____) | CIVIL ACTION NO.<br>7:08-CV-118 |

**SHORT FORM ANSWER ON BEHALF OF DEFENDANT
A.W. CHESTERTON COMPANY TO PLAINTIFFS' COMPLAINT**

Defendant, A. W. Chesterton Company, by and through its undersigned counsel, and in response to Plaintiffs' Complaint hereby serves this Short Form Answer pursuant to the August 20, 1986, Order of the Honorable Charles R. Weiner in the United States District Court of the Eastern District of Pennsylvania, Miscellaneous Docket No. 86-0457.

Defendant A. W. Chesterton Company is a corporation organized and existing under the laws of a state other than the state of South Carolina. All other allegations contained in Plaintiffs' Complaint are deemed denied pursuant to the

786808-1

aforesaid Order.

Defendant A. W. Chesterton Company hereby incorporates by reference all defenses asserted in Defendants' Master Affirmative Defenses as if the same were fully set forth at length.  Further, all Cross-Claims by A. W. Chesterton Company and A. W. Chesterton Company's denial of Cross-Claims by other Defendants are implied pursuant to the above-referenced Order.

Dated: February 4, 2008.

                        Respectfully submitted,

                        *s/Jennifer M. Techman*___
                        Jennifer M. Techman, Esq.
                        SC Federal Bar No. 8028
                        SC State Bar No. 70202
                        EVERT WEATHERSBY HOUFF
                        3405 Piedmont Road
                        Suite 200
                        Atlanta, Georgia 30305
                        JMTechman@EWHlaw.com
                        Tel:  (678) 651-1200
                        Fax:  (678) 651-1201

                        Attorney for Defendant
                        A.W. Chesterton Company

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS      )
LIABILITY LITIGATION           )
(NO. VI)                       )
_____)
                               )
This Document Relates To:      )
_____)

              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA

HENRY R. PORTER and            )
NANCY PORTER, wife,            )
                               )
    Plaintiffs,                )
                               )
vs.                            )CIVIL ACTION NO.
                               )7:08-CV-118
AQUA-CHEM, INC., et al.,       )
                               )
    Defendants.                )
_____)
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Defendant A.W. Chesterton Company's Answer and Affirmative Defenses via electronic transmission.

This the 4th Day of February, 2008.

> *s/Jennifer M. Techman*___
> Jennifer M. Techman, Esq.
> EVERT WEATHERSBY HOUFF
> 3405 Piedmont Road
> Suite 200
> Atlanta, Georgia 30305
> JMTechman@EWHlaw.com
> Tel: (678) 651-1200
> Fax: (678) 651-1201

786808-1